PER CURIAM.
Affirmed. Lee Engineering and Construction Co. v. Fellows, 209 So.2d 454 (Fla.1968); Garrett v. Oak Hall Club, 118 So.2d 633 (Fla.1960); Bradham v. Hayes Enterprises, Inc., 306 So.2d 568 (Fla.1st DCA 1975); Kaplan v. Lennecker, 293 So.2d 738 (Fla.3d DCA 1974); Ferrer v. McMurry, 238 So.2d 315 (Fla.3d DCA 1970); Titusville Enterprises, Inc. v. Newkirk, 205 So.2d 16 (Fla.4th DCA 1967); St. Paul Fire and Marine Insurance Co. v. Hodor, 200 So.2d 205 (Fla.3d DCA 1967); Brooks v. Adams, 115 So.2d 578 (Fla.2d DCA 1959); Robbins v. Grace, 103 So.2d 658 (Fla.2d DCA 1958).